

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2014

No. 04-14-00214-CR

Jose L. **MOORE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR6257
Honorable Ron Rangel, Judge Presiding

# O R D E R

On March 28, 2014, appellant filed a *pro se* document in this court. The typewritten document was entitled "Motion for Appointment of Counsel on Appeal;" however, appellant altered the title to "Motion for Appeal" by striking through the remainder of the title. Given the alterations to the document, the court ORDERS that the document filed by appellant shall be construed as a notice of appeal. The clerk of the court is directed to immediately forward a copy of the document to the trial court clerk with a copy of this order.

It is so **ORDERED** on the 2nd day of April, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court